JAMES C. POTEPAN (SBN 107370)
BRIAN C. VANDERHOOF (SBN 248511)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: jpotepan@rmkb.com
bvanderhoof@rmkb.com

Attorneys for Defendant
DAHDOUL TEXTILES, INC.

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COVER DESIGN 26, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> DAHDOUL TEXTILES, INC., a California corporation dba DAHDOUL, INC., and DOES 1-10, et al., <br><br> Defendants. | Case No. LACV11-6054 MWF (Ex) <br><br> **STIPULATION OF ALL PARTIES TO DISMISS ACTION;** ORDER <br><br> Honorable Michael W. Fitzgerald |

This stipulation to dismiss the above-captioned action (the "Action") is entered into by and among plaintiff Amrican Cover Design 26, Inc. ("Plaintiff") and defendant Dahdoul Textiles, Inc., ("Defendant") with reference to the following facts:

WHEREAS, this Action was commenced on July 22, 2011 when Plaintiff filed a complaint that alleged claims for copyright infringement and contributory copyright infringement, among other things, against Defendant;

WHEREAS, Defendant first answered the complaint on September 12, 2011;

WHEREAS, Defendant served Plaintiff with an Offer of Judgment Pursuant to Federal Rule of Civil Procedure Rule 68 on March 27, 2012;

RC1/6463692.1/BCV

<div style="margin-left: 2em;">

WHEREAS, Plaintiff served its Notice of Acceptance of Defendant's Offer of Judgment on April 4, 2012;

WHEREFORE, IT IS HEREBY STIPULATED, by and among the parties to this Action, through their respective counsel of record, as follows:

(1) that the Complaint and all of the claims that Plaintiff has alleged in the Action against the Defendant shall be dismissed with prejudice;

(2) that each party to the Action shall bear its own attorneys' fees and costs incurred in connection with the Action.

</div>

Dated: May 15, 2012

ADY LAW GROUP

By: /s/ A. David Youssefyeh
A. DAVID YOUSSEFYEH
Attorneys for Plaintiff AMERICAN COVER DESIGNS 26, INC.

Dated: May 10, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Brian C. Vanderhoof
JAMES C. POTEPAN
BRIAN C. VANDERHOOF
Attorneys for Defendant
DAHDOUL TEXTILES, INC.

IT IS SO ORDERED.
DATED: May 24, 2012

/s/ Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE
MICHAEL W. FITZGERALD

RC1/6463692.1/BCV

*Ropers Majeski Kohn & Bentley — A Professional Corporation — Los Angeles*